
FILED
John E. Triplett, Acting Clerk
United States District Court

By crobinson at 12:45 pm, Feb 03, 2021

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

ANDREW WILLIAM ECKERD,     *
                      *

        Plaintiff,      *     CIVIL ACTION NO.: 2:20-cv-133
                      *

     v.               *
                      *

GLYNN COUNTY POLICE     *
DEPARTMENT,            *

        Defendant.     *

## O R D E R

Before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated December 28, 2020. Dkt No. 9. In the Report, the Magistrate Judge recommended the Court dismiss without prejudice Plaintiff's Complaint because Plaintiff is a "three striker" and his allegations are insufficient to qualify for the imminent danger exception under 28 U.S.C. § 1915(g) of the Prison Litigation Reform Act. Dkt. No. 6. Plaintiff's Objections to the Report are unresponsive and without merit, as Plaintiff simply re-states the same factual allegations contained in his Complaint. Thus, Plaintiff's Objections are **OVERRULED**.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and

Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections.  The Court **DISMISSES without prejudice** Plaintiff's Complaint under § 1915(g), **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

   **SO ORDERED**, this ____ day of _____, 2021.

                                     _____
                                     HON. LISA GODBEY WOOD, JUDGE
                                     UNITED STATES DISTRICT COURT
                                     SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)