AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANDREW WILLIAM ECKERD

Plaintiff,

v.

GLYNN COUNTY POLICE DEPARTMENT

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:20-cv-133

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 3, 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Order of the Court. Therefore, Plaintiff's complaint is DISMISSED without prejudice, and Plaintiff is DENIED in forma status on appeal. This civil action stands Closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: February 4, 2021

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020